1 Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2 CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3 Three Embarcadero Center
   San Francisco, CA 94111-4067
4 Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6 Intel Corporation

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | PATRICIA M. NIEHAUS, individually and on behalf of all others similarly situated, | No. C-05-2720 JCS
13 |   | STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT
14 | Plaintiff, |
    | v. |
15 | INTEL CORPORATION, a Delaware corporation, |
16 |   |
17 | Defendant. |

18
19         IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR
   COUNSEL AS FOLLOWS:
20
21         Pursuant to Civil Local Rule 6-2, Plaintiff Patricia M. Niehaus and Defendant
22 Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall
23 be due either 60 days after transfer of the above captioned case pursuant to any motion to
   coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative,
24
25 45 days after any such motion has been denied. The parties request this transfer because the
   plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a
26

1  related matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28

2  U.S.C. Section 1407, and the above-styled action has been identified as a related action to that

3  petition. As a result, the outcome of the pending petition will impact significantly the schedule

4  of this case.

5  　　　　This is the first stipulation between the parties. Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
   DATED: July _, 2005
8

9  　　　　　　　　　　　　　　　Bingham McCutchen LLP

10

11

12  　　　　　　　　　　　　　　　By: _____
    　　　　　　　　　　　　　　　　　JOY K. FUYUNO
13  　　　　　　　　　　　　　　　　Attorneys for Defendant
    　　　　　　　　　　　　　　　　Intel Corporation
14

15

16  　　　　　　　　　　　　　　　Law Offices of Jeffrey F. Keller

17

18  　　　　　　　　　　　　　　　By: _____
    　　　　　　　　　　　　　　　　　JEFFREY F. KELLER
19  　　　　　　　　　　　　　　　　Attorneys for Plaintiff
    　　　　　　　　　　　　　　　　Patricia M. Niehaus
20

21

22

23

24

25

26

---

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627220.1

[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 21, 2005

/s/ Joseph C. Spero
Honorable Joseph C. Spero
United States Magistrate Judge